■ MARLENE GLATSTEIN, an Infant, by Her Guardian ad Litem, NATHAN GLATSTEIN, et al., Appellants, v. CITY OF NEW YORK et al., Respondents.— In an action by an infant to recover damages for personal injuries, and by her father for medical expenses and loss of services, the appeal is from a judgment entered on the dismissal of the complaint at the close of the plaintiffs' case. The infant was watching her brother playing in a public schoolyard on a day when school was not in session. She was struck by a piece of linoleum which some boys were throwing at each other. Judgment unanimously affirmed, with

costs (*Diele* v. *Board of Educ.*, 138 N. Y. S. 2d 766, affd. 1 A D 2d 676; *Lutzkar* v. *Board of Educ.*, 262 App. Div. 881, affd. 287 N. Y. 822; *Kantor* v. *City of New York*, 251 App. Div. 454). Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ.